1 | BENJAMIN B. WAGNER
United States Attorney
2 | KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916)554-2700



**FILED**

OCT 10 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

5 | Attorneys for the United States

8 | IN THE UNITED STATES DISTRICT COURT FOR THE

9 | EASTERN DISTRICT OF CALIFORNIA

11 | IN THE MATTER OF THE SEIZURE OF:

2:11-SW-00469-CKD
2:11-SW-00470-CKD

ALL FUNDS MAINTAINED AT EAST
WEST BANK SAVINGS ACCOUNT
NUMBER 8611000723, HELD IN THE
NAME OF CENTRAL VALLEY
CAREGIVERS COOPERATIVE, IN AN
AMOUNT UP TO AND INCLUDING
$1,363,684.60, AND

ALL FUNDS MAINTAINED AT EAST
WEST BANK SAVINGS ACCOUNT
NUMBER 8611000954, HELD IN THE
NAME OF MEDIZEN COLLECTIVE, INC.,
IN AN AMOUNT UP TO AND INCLUDING
$218,772.80,

DEFENDANTS.

ORDER RE: REQUEST TO
UNSEAL SEIZURE WARRANT
AND SEIZURE WARRANT
AFFIDAVIT

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: 10-10-2012

EDMUND F. BRENNAN
United States Magistrate Judge

1

Order Re: Request to Unseal Documents